AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MARK LaRUE,

    Petitioner,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, Sentencing Review Board,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-0243-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent pursuant to the Order Denying Petition Under 28 U.S.C. 2254 for Writ of Habeas Corpus and Motion for Hearing on Petition entered on February 19, 2008, Ct. Rec. 24.

February 19, 2008       JAMES R. LARSEN
*Date*      *Clerk*
     s/ Cora Vargas
     *(By) Deputy Clerk*
     Cora Vargas